UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-14018-CR-CANNON/MAYNARD

UNITED STATES OF AMERICA,

    **Plaintiff,**

v.

**COREY JACOB MANN,**

    **Defendant.**

_____/

**REPORT AND RECOMMENDATION ON CHANGE OF PLEA**

**THIS CAUSE** comes before me upon an Order of Reference. Having conducted a Change of Plea Hearing, I recommend to the District Court as follows:

1. I convened a hearing to permit the Defendant to change his plea in this criminal case on July 26, 2024.

2. I advised the Defendant of his right to have the District Judge assigned to this case conduct this proceeding. I advised that I was conducting the Change of Plea Hearing at the request of the Defendant, the Defendant's attorney, and the Assistant United States Attorney assigned to this case. I advised that the District Judge assigned to this case will be the sentencing judge, will make all findings and rulings concerning the Defendant's sentence, and will schedule and conduct the Sentencing Hearing. I advised the Defendant that he did not have to permit me to conduct this hearing but could request a United States District Judge to conduct the Change of Plea Hearing instead. The Defendant, the Defendant's attorney, and the Assistant United States Attorney assigned to the case all

agreed on the record and consented to have a United States Magistrate Judge conduct the Change of Plea Hearing.

3. I conducted the plea colloquy in accordance with the outline set forth in the Bench Book for District Judges.

4. There is a written Plea Agreement which has been entered into by the parties in this case. DE 68. I reviewed the Plea Agreement on the record and had the Defendant acknowledge that he signed the Plea Agreement. The Defendant pleaded guilty to **Count 1** of the Indictment which charges him with conspiracy to encourage and induce an alien to enter and reside in the United States unlawfully, in violation of 8 U.S.C. §§ 1324(a)(1)(A)(v)(I) and 1324(a)(1)(A)(iv).

5. The United States agrees to seek dismissal of all other counts charged in the Indictment as to the Defendant after sentencing.

6. I reviewed with the Defendant the maximum penalties applicable to Count 1. The Defendant acknowledged that he understood the penalties that could be imposed in his case.

7. The Plea Agreement contains provisions regarding the Defendant's agreement to cooperate with the United States. I reviewed the provisions with the Defendant. The Defendant acknowledged his understanding that the United States is not required to file any motions based on the Defendant's cooperation and the determination of whether to do so is within the sole and unreviewable discretion of the United States Attorney's Office. The Defendant also acknowledged his understanding that the District Court is under no obligation to grant any motions filed by the Government in this regard or to reduce the Defendant's sentence because of the Defendant's cooperation.

8. The Plea Agreement contains provisions regarding forfeiture. The Defendant agrees to forfeit to the United States any right, title, and interest to any conveyance used in the commission of the offense; any property constituting proceeds traceable to the commission of the offense; and any property used to facilitate the offense.

9. The parties submitted a written Factual Proffer, which was signed by counsel for the Government, counsel for the Defendant, and the Defendant. The Factual Proffer was read into the record and has been filed in this case. DE 69. The Defendant acknowledged that he signed the Factual Proffer, understands it, and has had the opportunity to fully discuss it with his attorney. The Defendant agreed that the Factual Proffer accurately sets forth the facts in his case as he understands them to be. I find that the Factual Proffer sets forth each of the essential elements of the crime to which the Defendant is pleading guilty.

10. Based on the foregoing and the plea colloquy that I conducted, I find that the Defendant enters his plea of guilty to Count 1 freely and voluntarily. I accept his guilty plea and recommend to the District Court that it adjudicate him guilty of Count 1 as charged in the Indictment.

11. The United States Probation Office will conduct a pre-sentence investigation and will issue a report for sentencing purposes.

**ACCORDINGLY**, I recommend to the District Court that the Defendant's plea of guilty to Count 1 of the Indictment be accepted; that the Defendant be adjudicated guilty of the offense to which he pleads guilty; and that a sentencing hearing be conducted for final disposition of this case.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable Aileen M. Cannon, United States District Judge for the Southern District of Florida. Pursuant to Federal Rule of Criminal Procedure 59(b)(2), failure to file a timely objection to this Report and Recommendation waives the party's right to review, and it bars the party from attacking on appeal any legal rulings or fact findings contained herein.

**DONE AND RECOMMENDED** in Chambers at Fort Pierce, Florida, this 26th day of July, 2024.

_____
SHANIEK MILLS MAYNARD
UNITED STATES MAGISTRATE JUDGE